# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**                               **Case 2:19-cr-20143-MSN**

**JERROD WILLIAMS,**

       **Defendant.**

## REPORT AND RECOMMENDATION

Before the Court is Defendant Jerrod Williams' July 6, 2020 Motion to Suppress evidence seized during the seizure and search of Mr. Williams on June 10, 2018. (Docket Entry ("D.E.") #23). The instant motion was referred to the United States Magistrate Judge for report and recommendation on July 6, 2020. (D.E. #24). A response to the Motion was filed by the United States on August 3, 2020. (D.E. # 27).

A hearing on the Motion was held on September 29, 2020 at which time the Court heard the testimony of witnesses and statements of counsel. Based upon the evidence presented and for the reasons stated in open court on September 29, 2020, it is recommended that defendant's Motion to Suppress evidence be DENIED. A transcript of the Court's oral ruling (D.E. # 30), which is hereby incorporated by reference, will serve as written proposed findings of fact and recommended conclusions of law.

Signed this 1st day of October, 2020.

                                                s/ Charmiane G. Claxton
                                                CHARMIANE G. CLAXTON
                                                UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE SAID OBJECTIONS OR EXCEPTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**